IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCES LORETTA WARD,

       Plaintiff,

v.                                  CASE NO. 1:06-cv-00171-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 24, Report and Recommendation of the
Magistrate Judge, recommending that the Commissioner of Social Security's decision denying
Plaintiff's applications for supplemental security income benefits filed under Title XVI of the
Social Security Act, be affirmed.  The Magistrate Judge filed the Report and Recommendation
on Monday, October 1, 2007.  The parties have been furnished a copy of the Report and have
been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code,
Section 636(b)(1), this Court must make a *de novo* review of those portions to which an
objection has been made.  In this instance, however, no objections were made.

After an administrative hearing on June 14, 2004, the Administrative Law Judge ("ALJ")
found that because Plaintiff could still do her past relevant work as a clinical therapist, she was
not disabled under the Social Security Act.  Under 42 U.S.C. § 405(g), the Commissioner's
decision must be affirmed if it is supported by substantial evidence and the correct legal
standards have been applied.  Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).  Plaintiff
contends that the Commissioner's decision is not supported by substantial evidence because the
ALJ  failed to consider her depression as a severe impairment.

Discounting the opinion of Plaintiff's treating physician, the ALJ found that Plaintiff's "affective disorder is not severe and results in minimal mental functional limitations." This finding was based on the extent of Plaintiff's daily activities, as well as the opinion of Dr. Mhatre, who found that Plaintiff has minimal functional limitations based on objective criteria. The record reflects that Dr. Pino's opinion was not based on any current evidence or diagnostic testing. Furthermore, Plaintiff's own testimony as to her ability to function is consistent with the the assessment of Dr. Mhatre. Based on this, the Court agrees with the Magistrate that the opinion of the ALJ was supported by substantial evidence. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 24, is adopted and incorporated by reference in this order;

2.    The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *1st* day of November, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge